UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Bureau of Land Management,<br><br>Defendant. | CV-10-00303-PHX-LOA<br><br>**ORDER ON STIPULATION TO EXTEND RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |

Defendant U.S. Bureau of Land Management (BLM) and Plaintiff Center for Biological Diversity having stipulated to extend BLM's response to Plaintiff's Motion for Summary Judgment, and good cause appearing,

IT IS ORDERED that BLM shall respond to Plaintiff's Motion for Summary Judgment (Document No. 16), on or before May 28, 2010.