DENNIS K. BURKE
United States Attorney
District of Arizona

MICHAEL A. JOHNS
Assistant U.S. Attorney
Arizona State Bar No. 3803
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
E-Mail: mike.johns@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Center for Biological Diversity,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Bureau of Land Management,<br><br>Defendant. | CV-10-00303-PHX-LOA<br><br>**STIPULATION TO CONTINUE RULE 16 SCHEDULING ORDER**<br>(First Request) |
|---|---|

Defendant U.S. Bureau of Land Management (BLM) and Plaintiff Center for Biological Diversity stipulate as follows:

BLM is attempting to complete its response to the FOIA request that is the subject matter of this litigation, AZ-09-041, concerning the Arizona 1 Mine and two other mines, Pinenut and Kanab North, as well as a second request, AZ-10-015, concerning the Arizona 1 Mine, mentioned in Plaintiff's Complaint and Motion for Summary Judgment. BLM completed its responses concerning the Arizona 1 Mine on April 30, 2010, subject to the Center confirming that the responses are now complete. BLM is also preparing the administrative record for filing in separately pending litigation between BLM and Plaintiff concerning the Arizona 1 Mine, which is due May 28, 2010. BLM will complete its response to Request No AZ-09-041 concerning the Pinenut and Kanab North mines as soon as reasonably possible in order to moot this case. Plaintiff has already filed a Motion for Summary Judgment, and BLM's response was continued by stipulation and order to May 28, 2010, because the issues in this case are intended by BLM to become moot by then.

Based upon the above representations, and the fact that counsel for Plaintiff is out of the office until May 24, 2010, the parties request that the Rule 16 Order setting a scheduling conference for May 24, 2010 at 10:00 a.m., and related deadlines, be continued for an additional 60 days to a date convenient to the Court.

Respectfully submitted this 5th day of May, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

*S/Michael A. Johns*

MICHAEL A. JOHNS
Assistant U.S. Attorney

*S/Amy R. Atwood* by Brendan R. Cummings

AMY R. ATWOOD
Center for Biological Diversity
Attorneys for Plaintiff
(With permission)

CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Amy R. Atwood
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374

*s/I. Millsaps*
U.S. Attorney's Office

2