IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Center for Biological Diversity, | ) | No. CV-10-0303-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| U.S. Bureau of Land Management, | ) | |
| Defendant. | ) | |

Pursuant to stipulation and good cause appearing,

**IT IS ORDERED** vacating the Rule 16 scheduling conference currently set for May 24, 2010 at 10:00 a.m. and re-setting it for **Tuesday, August 2, 2010 at 1:30 p.m.**

**IT IS FURTHER ORDERED** that all other provisions of the Rule 16 Order, docket # 26, shall continue in effect subject to the new scheduling conference date.

Dated this 6th day of May, 2010.

Lawrence O. Anderson
United States Magistrate Judge